## Forney *v.* Forney, Appellant.

Argued June 14, 1968. *Hubert P. Earle,* for appellant; *Thomas B. K. Ringe, Jr.,* with him *Ringe, Peet & Mason,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.